IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK CRUZ, :
    Petitioner :
:
: CIVIL NO. 1:CV-16-1802
v. :
: (Judge Caldwell)
JEFFREY GRONDOLSKI, :
WARDEN, FMC-DEVENS, :
    Respondent :

*O R D E R*

AND NOW, this 20th day of December, 2016, it is ordered that:

  1. The Clerk of Court shall transfer this case to the United States District Court for the District of Massachusetts.

  2. The Clerk shall also close this file.


                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge